and May 7, 1917.". " 5. That the legend ' Universal Tours ' is a good and valid trade name when used in the travel agency business and defendant has the right to use the same." Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MAX LIEBLICH, Respondent, v. MOE BRANNER, Appellant.— Motion to stay execution of injunction order granted, except in so far as same provides that defendant be restrained from doing business, directly or indirectly, with any of the plaintiff's customers. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ARTHUR LONDON, Appellant, v. NESTOR FAGNANT, Also Known as LOUIS FAGNANT, Defendant. WALTER F. QUINN and ELLEN QUINN, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MILDRED M. MATTESON, Appellant, v. HARRY M. FORST and Others, Respondents.— Motion to vacate stay and to direct delivery of stock denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MILDRED M. MATTESON, Respondent, v. HARRY M. FORST and Others, Defendants. ORION N. STEELMAN and MARSHALL E. BIRKINS, Appellants.— Motion granted upon stipulation. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SARAH A. McKNIGHT, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY and WILLIAM G. PILGRIM, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

OCEAN OPERATING CORPORATION, Respondent, v. CAPITAL CITY SURETY COMPANY, Appellant.— Motion for reargument of motion to dismiss appeal granted, and upon reargument motion granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

OSFER SPECIALTY CO., INC., Respondent, v. PHILIP OSFER and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

WILLIAM S. PETTIT and Others, Respondents, v. JAMES EMERY and DOROTHY EMERY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

VIRGINIA MARGUERITE PRYOR, Respondent, v. WESLEY HARCOURT RITTER, etc., Appellant.— Motion to stay examination of witness granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

VIRGINIA MARGUERITE PRYOR, Respondent, v. WESLEY HARCOURT RITTER, etc., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

VIRGINIA MARGUERITE PRYOR, Respondent, v. WESLEY HARCOURT RITTER, etc., Appellant.— Motion to vacate service of notice of appeal and to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RAFFAELE PUGLIESE, Respondent, v. ROSALIA PUGLIESE, Also Known as ROSALINA PUGLIESE, Appellant.— Motion for stay granted upon condition that appellant execute the deed provided for in the judgment and deposit the same